CLERK'S OFFICE U.S. DIST COURT
AT DANVILLE, VA
FILED
NOV 24 2009
JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| GEORGE MUDD, | ) | Civil Action No. 7:08-cv-00641 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| IRWIN W. FISH, | ) | By: Hon. Jackson L. Kiser |
| Defendant. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that defendant's motion for summary judgment is **GRANTED** and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendant.

ENTER: This 24th day of November, 2009.

Senior United States District Judge